Hon. Therese Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY CLARK,<br><br>                              Plaintiff,<br><br>vs.<br><br>KELSO HOUSING AUTHORITY<br><br>                              Defendant. | Case No. 3:21-cv-05861 TLF<br><br>JOINT MOTION AND<br>ORDER OF DISMISSAL<br><br>Noted for: May 27, 2022<br>No Oral Argument |

## I. MOTION

1. The parties to this action have jointly moved pursuant to FRCP 41 to the issuance of this Order, in complete settlement of the claims in this action.

## II. STIPULATION

2. This Action concerns Plaintiff Wendy Clark's lawsuit against Defendant Kelso Housing Authority. This Order resolves all disputed claims in the Action.

3. The Parties agree to dismissal of all claims with prejudice and without costs or fees to any person, subject to this Court's retention of jurisdiction for purposes of enforcement of this settlement for three years from the entry of this order.

STIPULATION AND ORDER
3:21-cv-05861 TLF

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

Agreed to this 26th day of May, 2022.

By:

NORTHWEST JUSTICE PROJECT

/s/Scott Crain
Scott Crain, WSBA#37224
ScottC@nwjustice.org
Lisa Waldvogel, WSBA#25990
LisaW@nwjustice.org
401 Second Ave. S #407
Seattle, WA 98104
Attorneys for Plaintiffs

WALSTEAD MERTSCHING, P.S.

/s/Margaret M. Sturm
Margaret M. Sturm, WSBA #56655
margaret@walstead.com
PO Box 1549
1700 Hudson St., Suite 300
Longview, WA  98632
Of Attorneys for Defendant

### III. ORDER

Having reviewed the above stipulation, it is ORDERED:

1. The Court will retain jurisdiction for three years from the date of this Order for the purpose of enabling the Parties to apply to the Court for any further order that may be necessary to construe, carry out, enforce compliance, modify, and/or resolve any dispute regarding the terms or conditions of this Order. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

STIPULATION AND ORDER
3:21-cv-05861 TLF

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

2. The Settlement Agreement attached herein as Exhibit 1 is hereby incorporated into the terms of this Order;

3. *Order of Dismissal*. It is hereby **ORDERED**, that Plaintiffs' claims and causes of actions are dismissed with prejudice.

DATED this __31st__ day of May, 2022.

*Theresa L. Fricke*
UNITED STATES MAGISTRATE JUDGE

Presented by:

NORTHWEST JUSTICE PROJECT

/s/Scott Crain
Scott Crain, WSBA#37224
ScottC@nwjustice.org
Lisa Waldvogel, WSBA#25990
LisaW@nwjustice.org
401 Second Ave. S #407
Seattle, WA 98104
Attorneys for Plaintiffs

WALSTEAD MERTSCHING, P.S.

/s/Margaret M. Sturm
Margaret M. Sturm, WSBA #56655
margaret@walstead.com
PO Box 1549
1700 Hudson St., Suite 300
Longview, WA  98632
Of Attorneys for Defendant

STIPULATION AND ORDER
3:21-cv-05861 TLF

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501